CLERK
US DISTRICT & BANKRUPTCY
COURTS

August 30, 2019                    2019 AUG 31  PM 5: 50

United States District Court for the District of Columbia Circuit    RECEIVED

Evan Gahr
Washington Gadfly
229 East 85th St.
New York, NY 10028

Vs.

Case: 1:19-cv-02675
Assigned To : Mehta, Amit P.
Assign. Date : 9/4/2019
Description: PRO SE GEN CIV (F-DECK)



AUG 3 1 2019

SCREENED BY
U.S. MARSHALS

Heritage Foundation
Kay Cole James (personally)
Rob Bluey (personally)
214 Massachusetts, Avenue, NE
Washington, DC 20002

RECEIVED
Mail Room

SEP - 3 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

<u>Violation of the Civil Rights Act of 1964 for Illegal Discrimination in Public Accommodations
Due to Religion</u>

<u>Intentional Infliction of Emotional Distress</u>

<u>Violation of the Civil Rights Act of 1866 for Illegal Discrimination in Contracts Based on
Religion</u>

1.  With apologies to Clarence Thomas, the Heritage Foundation, Kay Cole James, Katirna
    Trinko and Rob Bluey are engaged in a low-tech lynching for an uppity Jew--i.e, they are
    blithely violating my civil rights and trying to destroy my life and career because I am the
    only conservative in Washington, other than Linda Chavez, who has ever objected to
    Heritage co-founder Paul Weyrich saying the Jews killed Christ (1).

2.  Yet, Katrina Trinko and Rob Bluey and Kay Cole James, who have ignored repeated
    cease and desists letters, clearly believe that they can violate my civil rights with

1.  Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and
    he refused my request to get publicity for the trip, saying it was purely personal

impunity because the Washington Post is not askng them any questions about "Evan Gahr."

3. Indeed, the white Southern restaurants of yesteryear who told blacks seekng service "we don't serve niggers here" and didn't even bother to offer an excuse lke there are no available seats, Heritage is guilty of pre-text free discrimination.

4. Heritage is openly and blatantly banning me from their events, which are public accommodations,  and denying me writing contracts, because I called Paul Weyrich "a demented anti-Semite" for saying the Jews killed Christ.   Exhibit-WP

5. Since I only have some 230 Twitter followers they seem to view me as "just Evan Gahr" in the way that classic white Soutehrn racists viewed blacks as just you know what.

6. "The Jews killed Christ" is the classic ant-Semitic lie--the lodestar of all anti-Semitism--unleashed a nearly 2000 year engine of hatred that culminated in Jews being thrown into ovens.

7. Heritage regularly hosts public events and panel discussions that are public accommodations akin to restaurants under the Civil Rights Act becasue food and beveraages are served and anybody can atttend--simply by just putting your name on the list, just the way you make researvations at a restauraant.

8. Well, anybody in American but "Evan Gahr" is free to attend.

9. Heritage is prohibiting me from attending these events because I am Jewish and notorious among conservatives for objecting to and exposing the Christian Right anti-Semitism that they have tried to cover-up dating to shortly after Paul Weyrich co-founded the Moral Majority with Jerry Falwell. (Mr. Weyrich co-founded the term.)

1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal

10. Six years, earlier, Mr. Weyrich co-founded Heritage with Mr. Ed Feulner, Jr.

11. Heritage has, I believe, repeatedly through their lawyers, Lauren Goetzl and Dan
Farrington,  threatened, in their lawerly way,  to expel me from their events/public
accommodations if I speak out as as Jew thereagainst the anti-Semitism against the
anti-Semitism of Paul Weyrich.

12. Heritage vice-president Rob Bluey this week effectively prohibited me from attending the
September 10 Heritage coference with former GOP congressman Jason Chaffettz.

13. In August 2017,   Mr. Feulner, when I surprised him by getting him on the phone, made
abundantly clear to me that he did not want me writing for Heriage or working for
Heritage because in 2001 I called Paul Weyrich "a dementd anti-Semite" because he said
the Jews killed Christ.

14. When I told Mr. Feulner this was blatantly illegal and a violating of my civil rights he did
not dispute me.   This conversation is part of the basis of the lawsuit I filed against
Heritaage in the Superior Court of the District of Columbia for illegal retaliation for
protected activities and illegal discrimination in employment based on religion, CA 2019
002416B, Evan Gahr vs. Heritage et. al, Exhibit-A

15.  This week,  Kay Cole James and Rob Bluey, thrrough their lawyer Dan Farrington,
contravened Heritage's own stated principles and non-discrimination rules, by again
prohibiting me from attending Heritage events/public accommodations and then
threatened me--if I somehow snuck in anyway--to have me expelled if I express my
Jewish identify and at the event by talking about how Heritage co-founder Paul Weyrich
said the Jews killed Christ.  Mr. Farrington said all this to me implicitly, in his lawlerly

1.  Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and
he refused my request to get publicity for the trip, saying it was purely personal

way and also basically said that Heritage would expel me from any conference I attend if I ask about the lawsuit. Asking about the lawsuit would be an assertion of my Jewish identity and religious rights because I believe that as a Jew I am obligated to speak out against Christian Right anti-Semitism and its conservative apologists.

16. Heritage vice-president Rob Bluey did not respond to my email asking to attend the September 10, 2019 event/public accommodations with former GOP congressman Jason Chafetz because I am Jewish and opposed to Christian Right anti-Semitism. By not giving me permission to attend he is effectively prohibiting me from attending because to attend you need to get your name on the list, just like some restaurants require reservations but anybody can make them.

1. This threat, conveyed in lawyerly language, and exclusion just as *Heritage intended and could have anticipated*, inflicted medical injury on me, causing me to have another PTSD episode and memory blackouts and another bout of depression.

2. I have repeatedly told Heritage that I am being treated for severe unipolar depression and PTSD and have shown Heritage my medical reports

3. I told Heritage that getting banend from their events or expelled for them if I asked about Mr. Weyrich or my lawsuit would be medically deleterious.

4. The prohbition is extreme, outrageous and unprecendented. Heritage was fouded in 1973 by Paul Weyrich and Ed Feulner.

5. Based on information and belief, Heritage has neve barred anybody from their events or expelled anybody from their events for asking questions they dont want to answer.

1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal

6. Mr. Farrington also said, in his lawyerly way, that I would be expelled if I ask about my curent lawsuit against Heritage in th Superior Court of the District of Columbia for religious discrimination and illegal retaliation for protected activities. (2019 CA 00416B/Exhibit A)

7. Asking about the lawsuit at Heritage events would be both a form of protected activities and me asserting my Jewish identiy and Jewish religion because the lawsuit charges Heritage with ilelgally denying me employment because I am Jewish.

8. I believe that as as Jew I am obligated to vocally and loudly express my opposition to the anti-Semtiic remarks of Paul Weyrich (1.)

9. Earlier this week,  Heritage Foundation vice-president Rob Bluey effectively barred me from attending the September 10 Herrigage event, where former Republican Congressman Jacon Chafetz is speaking.

10. He did not reply to my email requesting to be put on the list for the event.  He also ignored an email earlier this month when I asked to attend a different event.  .

11. Earlier this week,,  in an attempt to hanlde things amicably and avoid litigation I emailed Mr. Farringotn a draft copy of this lawsuit.   I was hoping he rwould respond by giving me permission to attend the September 10 event/public accommodation and by assuring me that if I asked about the lawsuit or if I asserted my Jewish identity by asking about and objecting to Paul Weyrich saying the Jews killed Christ I would not be expelled from the conference.

12. He did none of that.


1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal

13. He simply said vaguely that   I had misrepresented our phone conversation but he, interestingly, did not provide any specifics.

14. So, I still believe that Heritage is threatening to expel me from their events/public accommodations if I ask about Paul Weyrich's anti-Semitic remarks and would, in fact, expel me if I did so.


Intentioanal Inflicton of Emotional Distess

1. Heritage and the Daily Signal purports to be committed to free-spirited and robust debate and constantly claim that liberals, leftists and the so-called media are constantlly assaulting it and trying to shut it down.

2. Yet, they are now trying to stop me from debating them by bringing a video camea to a Heritage event and, when it is my turn to speak ask the panels how their reaction to my lauwsuit and the Heritage co-founder saying the Jews killed God.

3. Based on belief since Heritage was founded in 1974 Heritage has never banned anybody from attending their events.

4. They didn't even ban Washington Post reporter and columnist Dana Milbank when he embarassed them in a widely cited story or column by claiming that oen of more panelists at the event made blatantly made anti-Muslim remarks. (There was a whole debate over what they actually said. But since I personally know, from my dealings with him around 2004 that Mr. Milbank is an honest and careful reporter and giving how fanatically anti-Muslim many conservatives are the panelists probably said what he claimed they said.)


1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal

5. Heritage effectively prohibiting me from their events is a violation of their own stated policies and pronouncments, extreme outrageous and unprecedented. Heritage was founded over 40 years ago but they never banned anybody until "Evan Gahr" came around.

6. The sole purpose of this ban is to inflict emotional distress on me. And i is working. As a direct result of Heritage and Rob Bluey today again prohibiting me from the event I had a panic attack maybe one hour before I started writing this.

7. As Heritage/Kay Hall James/Rob Bluey knows full well since they have seen my medical exhibit for Superior Court of the District of Columbia lawsuit I am being treated by Steve Zurrow for depression and PTSD.

8. I repeatedly told Heritage/Lauren Fischer that not giving me permission to attend the events is medically deleterious to me because it exacerbates my depression and PTSD; it makes me even isolated then I am already and isolation both precipts depression and eacerbates it.

9. I told Heritage that I needed *affirmation to attend the event because it would be medically harmful to be turned away at the door or kicked out when I asked about my "litigation."*

10. The Heritage receptionist after refusing to connect me to Kay Hall James and wihin probably two seconds after I said I needed to get permission to attend the event instead connected me to some other department, which I had already told her would not be able to give me permission.

11. Shortly aftter that latest exclusion I had a panic attack.

1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal

12. The Heritage Foundation caused me medical injury on August 28, 2019 by barring me from their events and threatening to have me expelled if I attended anywaay and asked about Paul Weyrich or my lawsuit against Heritage.

## Violation of the Civil Rights Act of 1866

1. The statutue prohibits discrimination in contracts on the basis of race.

2. The United States Supreme Court has since ruled that it also prohibits denying somebody a contract because of his religion.

3. Katrina Trinko, Kay Hall James, the Heritage Foundation and Rob Bluey are denying me writing contracts for their news website, the Daily Signal, because I am Jewish and becaue I called Paul Weyrich a demented anti-Semite for saying the Jews killed.

4. As mentioned when I surprised Heritage co-founder Ed Feulner, Jr. and got him on the phone he made abundantly clear to me that he he did not want me working for Heritage or writing for Heritage because I had spoken out as a Jew and called Paul Weyrich "a demented anti-Semite" and because I am Jewish and opposed to Christian Right anti-Semitism.

5. To this day not a single person at Heritage has ever renounced the anti-Semitic remarks of Paul Weyrich.   Then Heritge VP's Adam Meyerson and Herb Berkowitz refused to do so when I asked when the whole thing went down.   Mr. Feulner, on the phone, refused to do so.

6. When I told Mr. Feulner it was illegal for Heritage to deny me writing and employment opportunities because I am Jewish he hung up on me.

1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal

7. Because I am Jewish and opposed to Chruch anti-Semitism of Paul Weyrich Katrina Trinko has refused to give me a writing contract fo an exclusive interview with Military Religious Freedom Foundation head Mikey Weinstein, who fights, on behalf of his Christian clients,  quasi-fascist Chrsitian Right coercion of miliary servicemen.

8. She is violating Heritage Foundation editorial standards by refusing to give me a contracts for such a story.   An exclusive interview with Mikey Weinstein would be an obvious story for the Daily Signal.

9. For the same reasons, Katrina Trinko earlier this year in March 2019, in  addition to rejecting the Mikey Weinstein interview, also refused because I am Jewish to give me a contract for what I told her I could probably get an exclusive interview with Senate minority leader Chuck Schumer.

10. Denying me a writing contracts for such an interview violated Heritage editorial guidelines since this is an obvious story for the Daily Signal.

11. Mr. Schumer, who I recently met, knows me very well from when I was a press columnist for the late New York Post edtiroial page edtior Eric Breindel.

12. When I met Mr. Schumer the other month at NYU hospital and introduced myself to him the Seantor told me he was very familiar iwth my work for  Eric Breindel.

Respectfully submitted for the Court's consideration with faith in the American People,

Washington
WMPost columnyt for Eric Breaux,
202-510-7483

1. Paul Weyrich later went to the Holocaust Musuem with me to repent for his remarks and he refused my request to get publicity for the trip, saying it was purely personal