# AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the District of Columbia

**Evan Gahr**

        Plaintiff(s),

VS.

**Heritage Foundation**

        Defendant(s).

Attorney: NONE

Evan Gahr
4401-A Connecticut Ave., NW
Washington DC 20008

**|||||||||||||||||||||||||||||||||||**
**\*248359\***

**Case Number: 19-cv-02675-APM**

Legal documents received by Same Day Process Service, Inc. on **10/31/2019** at **4:32 PM** to be served upon **Heritage Foundation at 8520 Cyrus Place, Alexandria, VA 22308**

I, **Rene Rivas**, swear and affirm that on **November 06, 2019** at **10:07 PM**, I did the following:

Served **Heritage Foundation** by delivering a conformed copy of the **Summons; Attachment** to **Rob Bluey** as **Vice President of Communications & Authorized Agent** of **Heritage Foundation** at **8520 Cyrus Place , Alexandria, VA 22308**.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID: **248359**

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____, 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

RECEIVED
NOV 1 2 2019
Clerk, U.S. District and
Bankruptcy Courts