United States District Court for the District of Columbia Circuit

Evan Gahr
Washington Gadfly
New York Post columnist for Eric Breindel

Vs.

Heritage Foundation
Kay Cole James
Rob Bluey

1:19-cv-02675-APM

Oppositon to Heritage's Motion for Protective Order

The Order Heritage Requests Would Infringe My First Amendment Rights, Rights and Rights Under IRS Regulations

Heritage President Kay Cole James is Retaliating Against Me for My Protected Activities under the District of Columbia Human Rights Act

Kay Cole James is Retaliating Against Me Because I Asserted My Rights Under IRS Regulations

1. I only received the order from Heritage lawyer Dan Farrington over the weekend becasue I had beeen mired in clinical depression and not been checking my email.

2. In response to my letter to her that was a)not threatetening and b)an assertion of my rights under IRS regulation to inspect the Heritage's 990 form on the premises and c)protected activities under the DC HRA (1) because I was objecting to her illegally discriminating against me and d)First Amendment protected speech since I am a journalist writing about how conservatives have been waging their little jihad against me

The DC HRA, just like the EEOC, defines protected activities to include protesting any acts of discrimination that are illegal under equal opportunity law.

RECEIVED
JAN 27 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

for nearly 20 years because I exposed one of their own for anti-Semitism, Heritage president Kay Cole James is now asking the Court to prohibit me from communicating with all Heritage employees.

3. Yeah, well, for starters, unless Heritage employees are severely mentally retarded and Mrs. James is their legal guardian she has absolutely no authority to even make such a request.

4. She doesn't speak for them.

5. She has no right under Heritage employee rules to prevent them from speaking to a journalist--or anybody.

6. Furthermore, the request contravenes the clear wishes of one top Heritage employee who has made clear he *wants* to talk with me. And, based on information and belief, lots of others would be very eager to talk with me if I called or emailed them either as a journalistic endeavor or to ask them to be witnesses for my cases. (I just refiled my employment discrimination lawsuit against Heritage in the Superior Court of the District of Columbia and am, please God, going to file an EEOC complaint shortlly.)

7. In fact, the only Heritage employee who has ever made clear she doesn't want me to talk to her is Katrina Trinko--that was months after I had been emailing her with my questions and broadsides (also protected activities) under the DC HRA cced to interested parties, including Washington Post media blogger/reporter Erik Wemple who has written about me on multiple occasions. I stopped emailing her after that.

8. Lots of Heritage employees would probably be very eager to talk to me since they know me from my writings for many major conservative publications. Additionally, I have

---

The DC HRA, just like the EEOC, defines protected activities to include protesting any acts of discrimination that are illegal under equal opportunity law.

worked with/for two of them. I was a reporter for the Washington Times sister publication Insigh Magazine when Heritage VP Ken McIntyre worked for the newspaper.

9. And Heritage staffer Helle Dale was my editor when I wrote for the Washignton Times editorial page and also one of my Insight Magazine colleagues.

10. Additionally, in 2014, Mr. McIntyre was my editor for articles I wrote for the Daily Signal/news website of the Heritage Foundation.

11. Furthermore, I recently spoke with a longtime top official of Heritage, who, based on information and belief, knows my name from the Washington Post story about me and Paul Weyrich and from my articles for many conservative publications. I have been a columnist for the Daily Caller and New York Post editorial page editor Eric Breindel and written extensively for the Wall Steeet Journal, the American Spectator and the Washngton Times, etc.

12. He was very friendly when I identified myself and very eager to talk to me.

13. Prohibiting me from communicating with Heritage employees would infringe upon my First Amendment rights and civil rights and rights under IRS regulations. I have a right to inspect the 990 form on the premises of Heritage. How can I inspect it if I can't communicate with employees? Additionally, since I am writing a book, I would like to ask Heritage employees how they feel about Paul Weyrich saying the Jews killed Christ and how they feel about my lawsuit.

14. Instead of asking the Court to silence me, if Heritage Foundation president Kay Cole James finds what I said to her in the letter so objectionable she should respond to it PUBLICLY.  Kay Cole James and Heritage claim they are committed to robust debate

The DC HRA, just like the EEOC, defines protected activities to include protesting any acts of discrimination that are illegal under equal opportunity law.

that the left is supposedly always trying to shut down. I was essentially debating her in my letter. So why is her only response to try and shut me up?

15. The letter was polemical and designed to bait her into good quotes just like my communications with reporters at the Washington Post and New York Times and my ambush interview of then-Hillary Clinton campaign chairman John Podesta. But none of them responded by secretly trying to stop me from asking them further questions. Instead, they debated me. The stuff I wrote about Washington Post reporter Wesley Lowery to bait him into giving me good quotes and to eviscerate him is tame compared to what I said to Kay Cole James in my letter earlire this month.

16. WL responded by debating me on the telephone for nearly three hours about what I said and his claim that the Daily Caller, for which I then wrote, "is a racist rag." He didn't try to get the Washington Post to stop me from communicating with him and all Washington Post employees.

17. When I called "Meet the Press" host Chuck Todd at home and asked him about the employment discrimination lawsuit his cameraman had just filed against NBC he was a bit frazzled but he responded to my questions. And NBC didn't ask the judge in the case to bar me from talking to him and all NBC employeees. Doing so would have infringed upon my rights unde the DC HRA since my article about the lawsuit, that I exposed exclusively, and my questions to Chuck Todd about his cameraman who got fired from his show were a form of protected activities under the DC HRA. Exhibit-A

18. The order Heritage is requesting would also ifnringe upon my First Amendment rights because it would prohit me from tweeting Heritage employees about these matters.

---

The DC HRA, just like the EEOC, defines protected activities to include protesting any acts of discrimination that are illegal under equal opportunity law.

19. If somebody at Heritage doesn't want me to communicate with me that person need only tell me and I will not do so.

20. Heritage is asking for an order that is not even necesssary.

21. Kay Cole James is also trying to prevent me from talking to Heritage employees because she doesn't want me asking them to support me by expressing opposition to her illegal acts of discrimination. Or asking them if they would want to be potential witnesses in my case if it is litigated further. Or asking them how they feel about her not condemning Paul Weyrich for saying the Jews killed Christ.

Respectfully submitted for the Court's consideration with faith in the American People,

*[signature]*

01/27/2020

The DC HRA, just like the EEOC, defines protected activities to include protesting any acts of discrimination that are illegal under equal opportunity law.